No. 11–8756. POMALES *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 11–8765. AKANDE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 11–8768. WRIGHT *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 11–8770. HENDERSON *v.* ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 11–8771. FREEMAN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–8777. HARTZOG *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–8779. LAWRENCE *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 11–8782. GARCIA *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 11–8786. DORSEY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

